**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Willie REYNOLDS, Defendant— Appellant.**

No. 10–7362.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 13, 2011.

Decided: Jan. 20, 2011.

Willie Reynolds, Appellant Pro Se. Paul Alexander Weinman, Office of the United States Attorney, Winston–Salem, North Carolina, for Appellee.

Before MOTZ, KING, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Willie Reynolds appeals the district court's order denying his motion to modify his sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *See United States v. Reynolds,* No. 6:90–cr–00054–NCT–1 (M.D.N.C. Sept. 10, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials be-fore the court and argument would not aid the decisional process.

*AFFIRMED.*